UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KERN WALDEN, individually and on behalf of
all others similarly situated,

       Plaintiff,

v.

EYM GROUP, INC.,
EYM PIZZA OF WISCONSIN, LLC,
EYM REALTY OF WISCONSIN, LLC, and
DOES 1 TO 20.

       Defendants.

Case No: 21-cv-1116

---

## NOTICE OF WITHDRAWAL OF COUNSEL

---

Please withdraw the appearance of Christina A. Katt and Benjamin W. Jonas, in the above-captioned matter, on behalf of Defendants, EYM Group, INC., EYM Pizza of Wisconsin, LLC, and EYM Realty of Wisconsin, LLC as they are no longer with the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP.

Defendants, EYM Group, INC., EYM Pizza of Wisconsin, LLC, and EYM Realty of Wisconsin, LLC continue to be represented in this matter by John P. Loringer of Wilson Elser Moskowitz Edelman & Dicker, LLP.

Dated this 20th day of July, 2022.

    **WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP**
*Attorney for Defendants, EYM Group, INC., EYM Pizza of Wisconsin, LLC, and EYM Realty of Wisconsin, LLC*

    _____
John P. Loringer (SBN: 1059778)
555 East Wells Street, Suite 1730
Milwaukee, WI 53202

Phone: 414-276-8816  
Fax: 414-276-8819  
John.Loringer@wilsonelser.com