# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | |
|---|---|
| KERN WALDEN, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br><br>EYM GROUP, INC.; EYM PIZZA OF WISCONSIN, LLC; EYM REALTY OF WISCONSIN, LLC; and DOES 1 to 20,<br><br>           Defendants. | Case No. 2:21-cv-01116-WED<br><br>**DECLARATION OF ALISON M. BERNAL**<br><br>*[Filed Concurrently with Plaintiff's Motion to Compel Discovery Responses]* |

## DECLARATION OF ALISON M. BERNAL

I, Alison M. Bernal, declare and state as follows:

1.      I am an attorney and a partner in the law firm Nye, Stirling, Hale, Miller & Sweet, LLP., Co-Counsel for Plaintiff in this matter. I was admitted into this District on June 20, 2019.

2.      I make this declaration in support of Plaintiff's Motion to Compel Discovery Responses.

3.      On March 7, 2022, Plaintiff propounded: (1) Plaintiff's First Set of Interrogatories; (2) Plaintiff's First Set of Requests for Admission; and (3) Plaintiff's First Set of Requests for Production, attached hereto as *Exhibit A, B & C respectively.*

4.      On August 12, 2022, Plaintiff sent the letter attached hereto as *Exhibit D,* attempting to meet and confer in good faith, and to eliminate the necessity of a discovery motion.

5.      Defendants did not reply to the letter or make any attempt to contact Plaintiff. To date—179 days after discovery was propounded—Defendants have not produced any discovery responses, necessitating this motion. Further, Defendants have not served their initial disclosures,

1

which were due by April 11, 2022.

6.     In bringing this motion, our firm has assumed $3,600 in attorney time. Associate attorneys are billed at the hourly rate of $350, and Partners are billed at $750. The breakdown of which is as follows:

Callum T. Appleby, Associate: 6 hours – researching and drafting the motion and accompanying documents.

Jordan T. Porter, Partner: 2 hours – reviewing and editing the motion and accompanying documents.

7.     I expect that our firm will incur additional time in reading and responding to Defendants' opposition to the motion. While we estimate that this would take an additional 5 hours, we reserve our right to amend once we have completed the task.

I declare under penalty of perjury under the laws of the State of Wisconsin and the United States of America that the facts stated above are true and correct.

Executed on September 7, 2022, at Santa Barbara, California.

By: */s/ Alison M. Bernal*
Alison M. Bernal

## <u>CERTIFICATE OF SERVICE</u>

I, Ben J. Slatky, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 7th day of September, 2022.

*/s/ Ben J. Slatky*
Ben J. Slatky

Case 2:21-cv-01116-PP    Filed 09/07/22    Page 3 of 3    Document 25