IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KERN WALDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>EYM GROUP, INC.; EYM PIZZA OF WISCONSIN, LLC; EYM REALTY OF WISCONSIN, LLC; and DOES 1 to 20,<br><br>Defendants. | Civil Action No. 2:21-cv-01116 |

## STIPULATION FOR DISMISSAL

Plaintiff, KERN WALDEN, and Defendants, EYM GROUP, INC.; EYM PIZZA OF WISCONSIN, LLC; EYM REALTY OF WISCONSIN, LLC, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: March 20, 2024

| | |
|---|---|
| NYE STIRLING, HALE, MILLER, AND SWEET, LLP | WILSON, ELSER, MOSKOQITZ, EDELMAN & DICKER, LLP |
| By: /s/ Benjamin J. Sweet<br>Benjamin J. Sweet, Esq.<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, Pennsylvania 15243<br>Telephone: (412) 857-5350 | By: /s/ Lisa Handler Ackerman<br>Lisa Handler Ackerman, Esq.<br>55 West Monroe Street, Suite 3800<br>Chicago, Illinois 60603<br>Telephone: (312) 704-0550 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 20th day of March, 2024.

                                                                         */s/ Benjamin J. Sweet*
                                                                             Benjamin J. Sweet